IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                    NO. 4:13CR00254-01-DPM

HUNTER BLAKE HARP                                                     DEFENDANT

## **ORDER**

      Mr. Harp was released on conditions at a hearing held September 17, 2013. Due to a history of substance abuse, Mr. Harp's conditions are modified to add that Mr. Harp must submit to testing for prohibited substances if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, or any form of prohibited substance screening or testing. Mr. Harp must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. Additionally, Mr. Harp must participate in outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

      IT IS SO ORDERED this 18th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE